UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DWARF D. CANNON | * | CIVIL ACTION: 2:16-cv-013754 |
| Plaintiff | * | |
| | * | JUDGE NANNETTE |
| VERSUS | * | JOLIVETTE BROWN |
| | * | |
| HUNTINGTON INGALLS INCORPORATED | * | SECTION "G", MAG. 4 |
| NORTHROP GRUMMAN SHIPBUILDING | * | |
| INC. | * | MAG. KAREN W. ROBY |
| Defendant | * | |
| | * | |

## RULE 56 MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Huntington Ingalls Incorporated ("HII", formerly known as Northrup Grumman Ship Systems, Inc.), who moves for a dismissal of the plaintiff's claims on the grounds that there is no genuine dispute as to any material fact and that movement is entitled to judgment as a matter of law.

WHEREFORE, defendant prays that plaintiff's claims against them be dismissed, with prejudice, and at plaintiff's costs, and for general and equitable relief.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Thomas G. Buck*
_____
BRIAN C. BOSSIER (# 16818) **T.A.**
THOMAS G. BUCK (#14107)
EDWIN A. ELLINGHAUSEN, III (#1347)
CHRISTOPHER T. GRACE, III (# 26901)
ERIN H. BOYD (#20121)
LAURA M. GILLEN (#35142)
PATRICK K. SHOCKEY (#36021)
3421 N. Causeway Blvd., Suite 900
Metairie, LA  70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3055
*Attorneys for Huntington Ingalls Incorporated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 24th day of October, 2017.

I HEREBY CERTIFY that a copy of the foregoing pleading has been mailed via U. S. Mail, Postage Pre-paid, to all parties who are not electronically noticed of this filing on the date stated above.

*/s/ Thomas G. Buck*
_____
THOMAS G. BUCK             (Bar No. 14107)