UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DWARF D. CANNON | * | CIVIL ACTION: 2:16-cv-013754 |
| Plaintiff | * | |
| | * | JUDGE NANNETTE |
| VERSUS | * | JOLIVETTE BROWN |
| | * | |
| HUNTINGTON INGALLS INCORPORATED | * | SECTION "G", MAG. 4 |
| NORTHROP GRUMMAN SHIPBUILDING | * | |
| INC. | * | MAG. KAREN W. ROBY |
| Defendant | * | |
| | * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes defendant, Huntington Ingalls Incorporated ("HII", formerly known as Northrup Grumman Ship Systems, Inc.), who submits the following Statement of Uncontested Material Facts in connection with this Rule 56 Motion for Summary Judgment:

1. At all relevant times, plaintiff was an employee at Huntington Ingalls Incorporated.

2. At all relevant times, the ships upon which plaintiff worked were under construction at the Avondale Shipyard.

3. The ships that plaintiff worked on were owned by the United States Navy and/or Conoco Oil.

4. Defendant was the builder of the vessels upon which plaintiff worked, and the vessels were not completed or finished at the time of plaintiff's alleged injuries.

5. Defendant is not and never was the owner or owner *pro hac vice* of the ships upon which the plaintiff worked. Defendant was the ship builder.

6. Shipbuilding is not a traditional maritime activity.

7. Defendant did not intend to harm Mr. Cannon.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Thomas G. Buck*

_____

BRIAN C. BOSSIER (# 16818) **T.A.**
THOMAS G. BUCK (#14107)
EDWIN A. ELLINGHAUSEN, III (#1347)
CHRISTOPHER T. GRACE, III (# 26901)
ERIN H. BOYD (#20121)
LAURA M. GILLEN (#35142)
PATRICK K. SHOCKEY (#36021)
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
***Attorneys for Huntington Ingalls Incorporated***