UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DWARF D. CANNON | * | CIVIL ACTION: 2:16-cv-013754 |
| Plaintiff | * | |
| | * | JUDGE NANNETTE |
| VERSUS | * | JOLIVETTE BROWN |
| | * | |
| HUNTINGTON INGALLS INCORPORATED | * | SECTION "G", MAG. 4 |
| NORTHROP GRUMMAN SHIPBUILIDING | * | |
| INC. | * | MAG. KAREN W. ROBY |
| Defendant | * | |
| | * | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Rule 56 Motion for Summary Judgment on behalf of defendant, Huntington Ingalls Incorporated (formerly known as Northrup Grumman Ship Systems, Inc.), shall be submitted for consideration before The Honorable Nannette Jolivette Brown, Eastern District of Louisiana, 500 Poydras Street, Courtroom C227, New Orleans, Louisiana 70130 on **November 22, 2017, at 10:00 a.m.**

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*/s/ Thomas G. Buck*

_____
BRIAN C. BOSSIER (# 16818) **T.A.**
THOMAS G. BUCK (#14107)
EDWIN A. ELLINGHAUSEN, III (#1347)
CHRISTOPHER T. GRACE, III (# 26901)
ERIN H. BOYD (#20121)
LAURA M. GILLEN (#35142)
PATRICK K. SHOCKEY (#36021)
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3055
***Attorneys for Huntington Ingalls Incorporated***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 24th day of October, 2017.

I HEREBY CERTIFY that a copy of the foregoing pleading has been mailed via U. S. Mail, Postage Pre-paid, to all parties who are not electronically noticed of this filing on the date stated above.

*/s/ Thomas G. Buck*
_____
THOMAS G. BUCK           (Bar No. 14107)